# Exhibit 1

Case 1:21-mc-00773-GHW-SLC   Document 2-1   Filed 10/15/21   Page 2 of 3

**Print**   |   **Close Window**

**Subject:**  **Re: DMCA Notice - Richard Garbarini**
**From:**  **David Ponte <ponte@audiomack.com>**
**Date:**  **Mon, Sep 09, 2019 12:52 pm**
**To:**  **rgarbarini@garbarinilaw.com**
**Cc:**  **Audiomack DMCA Notifier <dmca@audiomack.com>**

This has been removed.

On Mon, Sep 9, 2019 at 12:09 PM Audiomack DMCA Notifier <dmca@email.audiomack.com> wrote:



**Name**: Richard Garbarini

**Company**: Garbarini FitzGerald P.C.

**URL**: https://audiomack.com/song/wise13/caramelo

**Message**: Each of these links infringe my client's copyrighted recording Anything You Synthesize. After careful consideration, no fair use, fair dealing, or a similar exception applies to the above. This notice is under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and, once again, my client Yesh seeks the removal of the aforementioned infringing material from your servers. I, on behalf of my client, demand Audiomack immediately notify the infringers of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future. Please also be advised that law requires Audiomack, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under the DMCA Audiomack enjoys immunity from a copyright lawsuit provided that it acts with deliberate speed to investigate and rectify ongoing copyright infringement. If Audiomack does not investigate and remove or disable the infringing material, this immunity is lost. On this point, Audiomack's on-line form is impossible to find, and once found, impossible to complete. This does not meet Audiomack's legal obligations under the DMCA. Rest assured, this is the fourth Take-Down Notice and in the event these posts are not removed immediately, we will file an action against Twitter in the Federal Court for the Southern District of New York. I am providing

**Get the Audiomack app to keep your music with you on the go.**

 

Privacy Policy  •  Terms of Service

© 2019 Audiomack, Inc
648 Broadway
New York, NY 10012 | audiomack.com

this notice in good faith and on the express written authority of Yesh Music, LLC, with the reasonable belief that the rights of my client are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

**Get the Audiomack app to keep your music with you on the go.**

 

**Privacy Policy • Terms of Service**

© 2019 Audiomack, Inc
648 Broadway
New York, NY 10012 | audiomack.com

--
**audiomack**
David Ponte
Co-Founder & CMO
Download Our App!

Copyright © 2003-2021. All rights reserved.