Exhibit 2



# GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

October 7, 2021

**NOTICE OF LITIGATION**
**DEMAND TO CEASE AND DESIST**
**DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL ONLY to: <info@Audiomack.com>; <ponte@audiomack.com>

David Ponte
Founder and CMO
Audiomack Inc.
648 Broadway, Suite 302
New York, NY 10012

  Re: Charming Beats LLC adv. Audiomack Inc.

Mr. Pomte,

  I represent Charming Beats LLC the sole owner, by assignment, of the copyrighted recording and composition *Anything You Synthesize* – U.S. Copyright No. SR 713-287 (the "Copyrighted Track").  On September 19. 2019, Audiomack was served with a take-down notice pursuant to Section 512(c) of the DMCA, concerning the recording titled *Caramelo* by the artist Ninho (the "Infringing Track").  The Infringing Track is composed of my client's Copyrighted Track and a rap song performed by Ninho over the Copyrighted Track.

  Audiomack has not removed the Infringing Track which is currently available on the Audiomack App. and website located at <audiomack.com/ninhosdt/song/caramelo>.  There is no need for a lengthy legal analysis, I am sure you are already aware of the fact that failure to comply with a DMCA Take-Down Notice strips Audiomack of any possible safe-guard under the DMCA.  Audiomack is liable, the only issue is the calculation of damages owed by Audiomack to my client.

  The Copyrighted Track has an average license fee of $5,250 for a one-year Internet only license.  The actual damages are $15,750, and the calculation of the anticipated statutory award, should my client so choose, starts at three times that amount or $47,250.

Contact me at rgarbarini@garbarinilaw.com or at 212.300.5358, if Audiomack is interested in resolving this matter pre-litigation.  I can represent this matter can be resolved below the actual damages, provided we are not forced to file a complaint.  In the interim, Audiomack is required to preserve all documents including web pages, in their original condition, or face a possible spoliation charge at the trial of this action.

GARBARINI FITZGERALD P.C.

By: _____
Richard M. Garbarini